In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00304-CV**

_____

**CITY OF JASPER, TEXAS, Appellant**

**V.**

**MARY LEWIS, Appellee**

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 32664**

**MEMORANDUM OPINION**

The appellant, the City of Jasper, Texas, has requested that its accelerated appeal be dismissed because the underlying case has settled. The request is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the request and dismiss the appeal.

1

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered
September 5, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.